# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERRY J. ELLIS
ADC #78658                                                                                              PLAINTIFF

V.                                    NO: 5:07CV00041 JMM/HDY

L. NORRIS *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this  2  day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE